# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MOUNTBATTEN SURETY COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-1547 |
| | § | |
| TROJAN INDUSTRIAL COATINGS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF PENDING DISMISSAL

This action against Trojan Industrial Coatings Inc., David Cadriel and Christina Cadriel has not been answered within 20 days as required by Rule 12(a), Fed. R. Civ. P., and over 60 days have passed from the date an answer was due without any action by the plaintiff. The local rules allow the court summarily to dismiss an action in these circumstances.

This notice is to inform you that if the appropriate motions have not been filed within 20 days of the date this order is entered, this case will be automatically dismissed, without prejudice. The initial pretrial and scheduling conference set for August 31, 2007 is canceled and will be reset, if appropriate.

SIGNED on August 30, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge